FILED - MQ
November 10, 2025 10:49 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: MLC   SCANNED BY: /s/ 11/10/25

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSHUA LEVI YOUNG,

    Defendant.
_____/

2:25-cr-20
Jane M. Beckering
U.S. District Judge

**FELONY INFORMATION**

The United States Attorney charges:

**Threat to Kill and Injure the President of the United States**

On or about January 30, 2025, in Marquette County, in the Western District of Michigan, Northern Division, Defendant,

JOSHUA LEVI YOUNG,

knowingly and willfully made a threat to take the life of, and to inflict bodily harm upon, the President of the United States, in that he posted the following statements on the social media application Instagram:

> "I am going to kill trump raise him from the dead and kill him again. Death to trump"

**18 U.S.C. § 871**

TIMOTHY VERHEY
United States Attorney

Date: November 10, 2025

*(signature)*
THEODORE J. GREELEY
Assistant United States Attorney